IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PABLO MERAZ-MENDOZA, ) | |
| ) | |
| Petitioner, ) | Case No. CV 08-0032-C-EJL |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| KIM JONES, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Based upon the Court's Memorandum Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action shall be DISMISSED with prejudice.

DATED: **January 23, 2008**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**